IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02007-LTB-MEH

LEONID SHIFRIN a/k/a Leo Shifrin,
MARK SHIFRIN,
SHIFRIN, INC., and
SOFIA SHIFRIN,

    Plaintiffs,

v.

COLORADO STATE ATTORNEY GENERAL JOHN SUTHERS,
in his official and individual capacity,
CLAIRE M. LARGESSE, in her official and individual capacity, and
REBECCA WILD, in her official and individual capacity,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 23, 2007.**

    Plaintiffs' Motion to Quash and for Protective Order Charles Schwab and Co. Subpoenas for Sofia Shifrin, Mark Shifrin, and Shifrin Inc. AMENDED [Filed October 5, 2007; Docket #5] is **denied without prejudice**. First, the Motion purports to be on behalf of Shifrin, Inc., who is not represented by counsel and cannot prosecute this action without counsel. Second, the subpoenas at issue were not issued as part of this lawsuit, nor are they issued under authority and jurisdiction of this Court. Accordingly, Plaintiffs have established no basis for this Court to exercise jurisdiction over these subpoenas pursuant to Fed. R. Civ. P. 45.

    It is FURTHER ORDERED that Plaintiffs shall respond to Defendants' Motion to Dismiss or to Abstain [Docket #9] on or before **November 5, 2007**.