IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02007-LTB-MEH

LEONID SHIFRIN a/k/a Leo Shifrin,
MARK SHIFRIN,
SHIFRIN, INC., and
SOFIA SHIFRIN,

    Plaintiffs,

v.

COLORADO STATE ATTORNEY GENERAL JOHN SUTHERS,
in his official and individual capacity,
CLAIRE M. LARGESSE, in her official and individual capacity, and
REBECCA WILD, in her official and individual capacity,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 29, 2007.**

    Plaintiff's Motion to Strike Defendants Sur-reply or Response as an Alternative [Filed November 5, 2007; Docket #14] is **denied**. Defendants filed their Motion to Dismiss, and Plaintiff responded. Pursuant to D.C.Colo.L.Civ.R. 7.1.C, Defendants may file a Reply, as they have done. Plaintiffs' Sur-Reply is **stricken**, because it is not allowed by Local Rule or the Federal Rules of Civil Procedure.

    Plaintiffs are again reminded of their duty to confer under Local Rule 7.1.A prior to filing any motions other than those allowed by Fed R. Civ. P. 12 and 56.