IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02007-LTB-MEH

LEONID SHIFRIN a/k/a Leo Shifrin,
MARK SHIFRIN,
SHIFRIN, INC., and
SOFIA SHIFRIN,

    Plaintiffs,

v.

COLORADO STATE ATTORNEY GENERAL JOHN SUTHERS,
in his official and individual capacity,
CLAIRE M. LARGESSE, in her official and individual capacity, and
REBECCA WILD, in her official and individual capacity,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, December 3, 2007.**

    Defendants' partially opposed Motion to Stay Discovery and Disclosures and to Vacate Scheduling Conference Pending Determination of Motion to Dismiss Based on Absolute and Qualified Immunity [Filed November 28, 2007; Docket #17] is **granted**. Pursuant to Supreme Court authority, once the issues of absolute or qualified immunity are raised, discovery may not commence until after the Court resolves these legal questions. *Mitchell v. Forsyth*, 472 U.S. 511, 526 (1985). Accordingly, the Scheduling Conference set for January 2, 2008, is **vacated**, as are all other discovery-related deadlines. If necessary, the Court will reset these deadlines after a ruling on Defendant's Motion to Dismiss has issued. Therefore, the parties are directed to contact the Court within five days of any ruling on the Motion to Dismiss which does not dispose of all claims in this case.