IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 07-cv-02007-LTB-MEH

LEONID SHIFRIN a/k/a LEO SHIFRIN (pro-se),
MARK SHIFRIN (pro-se) and for SHIFRIN INC., and
SOFIA SHIFRIN (pro-se),

   Plaintiffs,

v.

STATE OF COLORADO, ATTORNEY GENERAL,
JOHN SUTHERS,
CLAIRE M. LARGESSE, and
REBECCA WILD, all in their official and individual capacities,

   Defendants.

---

## ORDER
---

  This case is before me upon the Recommendation of the Magistrate Judge that Defendants' Motion to Dismiss (Doc 9) be granted. The recommendation was issued and served on July 11, 2008. The individually named Plaintiffs have filed specific written objections to the Magistrate Judge's recommendation. The recommendation has therefor been reviewed *de novo*. On *de novo* review, I conclude that the recommendation is correct in all respects. Accordingly

  IT IS ORDERED that the Motion to Dismiss (Doc 9) is GRANTED and the above action is DISMISSED.

            BY THE COURT:

             s/Lewis T. Babcock
             Lewis T. Babcock, Judge

DATED: July 29, 2008